NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Joseph A. Greco, Esq. (Cal. Bar No. 104476)
Craig Alan Hansen, Esq. (Cal. Bar No. 209622)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790

ATTORNEYS FOR: Defendants Avid Life Media, Inc., et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSTREAM GROUP, INC., a Nevada Corporation<br><br>Plaintiff(s),<br>v.<br><br>AVID LIFE MEDIA, INC., a foreign corporation, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>CV10 5166-VBF(FMOx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants Avid Life Media, Inc., et al.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**    **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Avid Life Media, Inc. | Defendant and parent company to defendants Avid Dating Life Inc. dba The Ashley Madison Agency, and Established Men, Inc. dba Arrangement Seekers |
| Avid Dating Life Inc. dba The Ashley Madison Agency | Defendant and wholly owned subsidiary of defendant Avid Life Media, Inc. |
| Established Men, Inc. dba Arrangement Seekers | Defendant and wholly owned subsidiary of defendant Avid Life Media, Inc. |

11/3/10                           _____
Date                              Sign

                                  Defendants Avid Life Media, Inc., et al.
                                  Attorney of record for or party appearing in pro per