COHEN I.P. LAW GROUP, P.C.
Michael N. Cohen (Cal. Bar. No. 225348)
9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Tel: 310-288-4500
Fax: 310-246-9980
michael@patentlawip.com

Attorneys for Plaintiff and Counterdefendant
InfoStream Group, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSTREAM GROUP, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AVID LIFE MEDIA, INC., a foreign corporation; AVID DATING LIFE, INC. a foreign corporation, d/b/a The Ashley Madison Agency; ESTABLISHED MEN, INC., a foreign corporation; ARRANGEMENT SEEKERS, INC., a foreign corporation; Corporations 1-10, Limited Liability Companies A-Z, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: CV-10-5166-VBF(FMOx) <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** <br><br> **[Local Rule 16-15.7(a)(b)]** |
| AVID DATING LIFE, INC., an Ontario corporation, d/b/a/ THE ASHLEY MADISON AGENCY; ESTABLISHED MED, INC., an Ontario corporation, <br><br> Counterclaimants, <br><br> vs. <br><br> INFOSTREAM GROUP, INC., a Nevada Corporation, and ROES 1-10, inclusive, <br><br> Counterdefendants. | |

1

Plaintiff and counterdefendant, INFOSTREAM GROUP, INC., a Nevada Corporation ("INFOSTREAM"), and defendants and counterclaimants AVID LIFE MEDIA, INC., AVID DATING LIFE, INC. d/b/a/ THE ASHLEY MADISON AGENCY, ESTABLISHED MEN, INC. (collectively "AVID") hereby submit their Notice of Conditional Settlement that has been reached between the parties.

The parties anticipate executing the settlement agreement prior to the discovery cutoff date currently calendared August 26, 2011.

DATED: August 10, 2011        COHEN IP LAW GROUP, P.C

By: /s/ Michael N. Cohen
Michael N. Cohen
Attorneys for Plaintiff and Counterdefendant
INFOSTREAM GROUP, INC.

2

Notice of Conditional Settlement        INFOSTREAM GROUP, INC. vs. AVID LIFE MEDIA, INC., et. al